UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHELIA CURRAN and<br>ERIC CURRAN,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>PNC BANK, NATIONAL<br>ASSOCIATION,<br>　　　　　　Defendant. | CASE NO.: 2:17-CV-00243<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of this action with prejudice.

Dated: April 25, 2018

**DINSMORE & SHOHL LLP**　　　　　　**HANSEN REYNOLDS LLC**

By: /s/ Timothy L. Binetti　　　　　　By: /s/Michael C. Lueder

Timothy L. Binetti　　　　　　　　　Michael C. Lueder
227 W Monroe Street, Suite 3850　　316 N. Milwaukee Ave. Suite 200
Chicago, IL 60606　　　　　　　　　Milwaukee, WI 53211
Ph. 312-428-3723　　　　　　　　　Ph. 414-273-8474
Email: timothy.binetti@dinsmore.com　Fax 414-273-8476
　　　　　　　　　　　　　　　　　Email: mlueder@hansenreynolds.com

*Attorney for Defendant*　　　　　　*Attorney for Plaintiffs*

1