UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| SHELIA CURRAN and<br>ERIC CURRAN,<br>                Plaintiff,<br><br>  v.<br><br>PNC BANK, NATIONAL<br>ASSOCIATION,<br>                Defendant. | CASE NO.: 2:17-CV-00243<br><br>**STIPULATION OF DISMISSAL**<br><br>Acknowledged on 4/27/2018.<br>s/William T. Lawrence, Judge<br>Notice via ECF |

Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate to the dismissal of this action with prejudice.

Dated: April 25, 2018

**DINSMORE & SHOHL LLP**

By: /s/ Timothy L. Binetti

Timothy L. Binetti
227 W Monroe Street, Suite 3850
Chicago, IL 60606
Ph. 312-428-3723
Email: timothy.binetti@dinsmore.com

*Attorney for Defendant*

**HANSEN REYNOLDS LLC**

By: /s/Michael C. Lueder

Michael C. Lueder
316 N. Milwaukee Ave. Suite 200
Milwaukee, WI 53211
Ph. 414-273-8474
Fax 414-273-8476
Email: mlueder@hansenreynolds.com

*Attorney for Plaintiffs*

1